In re <u>Wise Espresso Bar, Corp</u>      <u>1-18-42865</u>
    Debtor     <u>24-Mar-19</u>

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

|  | BANK ACCOUNTS | | CURRENT PERIOD ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | Chase 8797 | TD 1944 | |
| CASH - 02.25.2019 | $ 14,471.61 | $ 4,999.39 | $ 19,471.00 |
| RECEIPTS | | | |
| Sales | $ 173,069.53 | $ 17,218.36 | $ 190,287.89 |
| Accounts Receivable - Prepetition | $ - | $ - | $ - |
| Accounts Receivable - Postpetition | $ - | $ - | $ - |
| Loans and Advances | $ 40,000.00 | $ - | $ 40,000.00 |
| Other Income (See Attached) | $ - | $ - | $ - |
| TOTAL RECEIPTS | $ 213,069.53 | $ 17,218.36 | $ 230,287.89 |
| DISBURSEMENTS | | | |
| Bar Purchases | $ 6,972.31 | $ - | $ 6,972.31 |
| Food Purchases | $ 73,734.95 | $ - | $ 73,734.95 |
| Restaurant Supplies | $ 30,121.73 | $ - | $ 30,121.73 |
| Insurance Expenses | $ 1,515.53 | $ - | $ 1,515.53 |
| Net Wages | $ 11,003.86 | $ - | $ 11,003.86 |
| Dues and Subsriptions | $ 13.99 | $ - | $ 13.99 |
| Repairs and Maintenance | $ 3,641.36 | $ - | $ 3,641.36 |
| Taxes-Payroll | $ 3,580.71 | $ - | $ 3,580.71 |
| Sales Tax | $ 11,592.83 | $ - | $ 11,592.83 |
| Rent Expenses | $ 14,135.00 | $ - | $ 14,135.00 |
| Leasing | $ 990.00 | $ - | $ 990.00 |
| Other Expenses (See attached) | $ 11,857.35 | $ 121.85 | $ 11,979.20 |
| Utilities | $ 3,458.81 | $ - | $ 3,458.81 |
| Sharehoders Distribution | $ 5,498.58 | $ 13,000.00 | $ 18,498.58 |
| Professional Fees | $ - | $ - | $ - |
| U.S. Quarterly Trustee Fees | $ - | $ - | $ - |
| Court Costs | $ - | $ - | $ - |
| TOTAL DISBURSEMENTS | $ 178,117.01 | $ 13,121.85 | $ 191,238.86 |
| | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ 34,952.52 | $ 4,096.51 | $ 39,049.03 |
| | | | |
| CASH – 03.24.2019 | $ 49,424.13 | $ 9,095.90 | $ 58,520.03 |

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:
(FROM "CURRENT MONTH ACTUAL" COLUMN)

| TOTAL DISBURSEMENTS | $ 191,238.86 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 191,238.86 |

|  | BANK | |
|---|---|---|

In re <u>Wise Espresso Bar, Corp</u>  
    Debtor

<u>1-18-42865</u>  
24-Mar-19

| OTHER INCOME | Chase 8797 | TD 1944 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|
|  | $ - | $ - | $ - |
|  | $ - | $ - | $ - |
|  | $ - | $ - | $ - |
|  | $ - | $ - | $ - |
|  | $ - | $ - | $ - |
|  | $ - | $ - | $ - |
| Total Other Income | $ - | $ - | $ - |

| OTHER EXPNESES | Chase 8797 | BANK TD 1944 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|
| Advertising and Promotions | $ 1,680.00 | $ - | $ 1,680.00 |
| Auto Expenses | $ 140.48 | $ - | $ 140.48 |
| Bank Charges | $ 127.35 | $ 2.00 | $ 129.35 |
| Meals and Entertainment | $ 316.12 | $ 119.85 | $ 435.97 |
| Office Expenses | $ 2,586.51 | $ - | $ 2,586.51 |
| Cleaning | $ 200.00 | $ - | $ 200.00 |
| Payroll Processing Fees | $ 250.00 | $ - | $ 250.00 |
| Gifts | $ 185.66 | $ - | $ 185.66 |
| Telephone Expenses | $ 1,068.35 | $ - | $ 1,068.35 |
| Professoinal Fees | $ 410.90 | $ - | $ 410.90 |
| Software Expenses | $ 1,964.33 | $ - | $ 1,964.33 |
| Transportation | $ 6.65 | $ - | $ 6.65 |
| Tolls and parking | $ 2,921.00 |  | $ 2,921.00 |
| **TOTAL OTHER EXPENSES** | **$ 11,857.35** | **$ 121.85** | **$ 11,979.20** |